**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  05-cr-00508-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  SALVADOR JOSEPH MESTAS, a.k.a. "Sal Lnu,"

       Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A supervised release violation hearing is set in the above-captioned case for **Monday, April 4, 2011 at 10:00 a.m.**

     Dated:  February 7, 2011