UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00508-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SALVADOR JOSEPH MESTAS, a/k/a "SAL LNU,"

      Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      A hearing on the Supervised Release Violation alleged to have been committed by Defendant is set for **Tuesday, August 30, 2011, at 1:30 p.m.**

      Dated:  August 11, 2011